**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7654**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

PERCY JOE FISHER,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Salisbury. William L. Osteen, Sr.,
District Judge. (CR-94-137, CA-96-905-4)

———————

Submitted: February 26, 1998      Decided: March 19, 1998

———————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Percy Joe Fisher, Appellant Pro Se. Lisa Blue Boggs, Assistant
United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motion to proceed on appeal in forma pauperis and his motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Fisher, Nos. CR-94-137; CA-96-905-4 (M.D.N.C. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2